Michael J. Riccobono, Esq. (MR5783)
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
mriccobono@gibbonslaw.com
*Attorneys for Plaintiff*
*Newell Rubbermaid Sales & Marketing Group, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEWELL RUBBERMAID SALES & MARKETING GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LEE TSUKROFF, <br><br> Defendant. | Civil Action No. 2:15-cv-06258-KSH-CLW <br><br> ***Document filed electronically*** <br><br> **STIPULATION VACATING CLERK'S ENTRY OF DEFAULT, WITHDRAWING MOTION FOR DEFAULT JUDGMENT, AND CONSENTING TO THE FILING OF DEFENDANT'S ANSWER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Newell Rubbermaid Sales & Marketing Group, Inc. ("Newell Rubbermaid"), and Defendant Lee Tsukroff ("Tsukroff"), through their undersigned counsel, as follows:

1. The Clerk's Entry of Default dated October 2, 2015 against Tsukroff for failure to plead or otherwise defend is hereby vacated;

2. Newell Rubbermaid's Motion for Default Judgment (Document No. 8), currently returnable on November 2, 2015, is hereby withdrawn; and

3. Newell Rubbermaid consents to the filing of Tsukroff's Answer (Document No. 10).

#2251881 v1
104456-91281

**IT IS FURTHER STIPULATED AND AGREED** that: (1) this Stipulation may be executed in counterparts, and (2) facsimile signatures shall have the same force and effect as originals.

| | |
|---|---|
| **BIO & LARACCA, P.C.**<br>**331 Central Avenue**<br>**Orange, New Jersey 07050**<br>Telephone: (973) 675-6006<br>Facsimile: (973-675-7333<br>*Attorneys for Defendant*<br>*Lee Tsukroff* | **GIBBONS P.C.**<br>One Gateway Center<br>Newark, NJ 07102-5310<br>Telephone: (973) 596-4500<br>Facsimile: (973) 596-0545<br>mriccobono@gibbonslaw.com<br>*Attorneys for Plaintiff*<br>*Newell Rubbermaid Sales & Marketing Group, Inc.* |
| By: _____<br>Marco A. LaRacca<br><br>Dated: October 22, 2015 | By: _____<br>Michael J. Riccobono<br><br>Dated: October 22, 2015 |

**SO ORDERED.**

_____
Hon. Cathy L. Waldor, U.S.M.J.
10/22/15

2

#2251881 v1
104456-91281